950 A.2d 262

**ESTATE OF Stephen X. STEPHANO, Deceased**

**Petition of Daniel T. Stephano**

**Estate of Constantine S. Stephano, Deceased**

**Petition of Daniel T. Stephano.**

Supreme Court of Pennsylvania.

May 16, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of May 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased and consolidated for clarity, is:

Whether provisions in a will bequeathing property to a beneficiary subject to the condition that the beneficiary pays all dividends on a portion of the property to a third party for life created a trust for the third party's benefit, or a creditor/debtor relationship.